## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| RAHEEN SHANDS, Individually and on Behalf of All Those Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ATLANTA IMPORTS, INC. d/b/a SUVIDHA INDO-PAK GROCERIES and MANNY SALUJA a/k/a MANMEET SALUJA, Jointly and Severally<br><br>　　　　　Defendants. | Case No.<br>1:22-cv-00044-WMR |

## ORDER

This matter is before the Court on the Parties' Joint Motion to Approve Settlement and Dismiss Lawsuit with Prejudice (Doc. 18; hereinafter "Motion"). The Parties request that the Court review and approve the Settlement Agreement (Doc. 18-1) and dismiss this action with prejudice. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982) ("When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness") (citations omitted).

1

The Court has reviewed the Motion, the Settlement Agreement, and the record. The Court concludes that the terms of the settlement: (1) are is to the plaintiff; (2) reflect a reasonable compromise over the issues that are actually in dispute in this case; and (3) demonstrate a good-faith intention by the parties that the plaintiff's claims be fully and finally resolved. The Court further finds that the settlement: (1) arrived at a fair disposition of the claims; and (2) arrived at a fair and reasonable settlement of the attorneys' fees and costs of litigation. <u>See generally</u> <u>Lynn's Food Stores</u>, <u>679 F.2d at 1353</u>.

Plaintiff's counsel Charles R. Bridgers has requested a rate of $435 per hour, Mitchell D. Benjamin has requested a rate of $435 per hour, and Brandon A. Thomas has requested a rate of $350 per hour. The Court finds that the hourly rates requested are reasonable, as well as the attorney's fees and costs specified in the Settlement Agreement (Doc. 18-1).

———

Accordingly,

**IT IS HEREBY ORDERED** that the Parties' Joint Motion to Approve Settlement and Dismiss Lawsuit with Prejudice (<u>Doc. 18-1</u>) is **GRANTED**. The Settlement Agreement (<u>Doc. 18-1</u>) is **APPROVED**. This action is **DISMISSED**

**WITH PREJUDICE**. Furthermore, this Court elects to retain jurisdiction over this matter until the terms of the Settlement Agreement have been complied with.

**SO ORDERED** this 28th day of July, 2022.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE